Elizabeth Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| To: | CLERK, U.S. BANKRUPTCY COURT |
| Re: | UNDISTRIBUTED FUNDS |
| Debtors: | Maria L Dennis & Timmothy P Dennis<br>504 Alegre Ave<br>Nipomo, CA 93444 |
| Case No.: | ND12-11726-PC |

<u>Explanation</u> <u>of</u> <u>Source</u>:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

<u>Payee:</u>
HSBC
PO Box 60113
City of Industry CA 91716-0000

<u>Amount:</u>
$ 1,726.82

Dated: July 09, 2015

*Elizabeth J Rojas*
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

Check No.: 0096397  
Check Date: 07/02/2015  
Check Amt: 1,726.82

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1211726 | 0193 Claim #: 00003 | Maria L Dennis Timmothy P Dennis | XXX-XX-0315 XXX-XX-7666 | 0.00 | 0.00 | 1,726.82 | 1,726.82 |
| | | | TOTALS | 0.00 | 0.00 | 1,726.82 | 1,726.82 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

Dennis, Maria L  
0193  
Case No: 1211726

CALIFORNIA UNITED BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017  
16-4430/1220

CHECK DATE: Jul 02, 2015  
CHECK NO.: 0096397  
CHECK AMOUNT: $******1,726.82  
VOID AFTER 60 DAYS

PAY ONLY **1,726.82**  
ONE THOUSAND SEVEN TWO SIX PERIOD EIGHT TWO

PAY TO THE ORDER OF: CLERK OF THE COURT

VOID OVER $1,726.82

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0096397⑈ ⑆122243884⑆ 000111172011⑈