UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br>　　Maria L Dennis<br>　　Timmothy P Dennis<br>　　　　　Debtor(s) | Case No. ND12-11726-PC |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Elizabeth F. Rojas, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　1) The case was filed on 04/30/2012.

　　　2) The plan was confirmed on 07/20/2012.

　　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/09/2013.

　　　5) The case was completed on 05/22/2015.

　　　6) Number of months from filing to last payment: 37.

　　　7) Number of months case was pending: 42.

　　　8) Total value of assets abandoned by court order:  NA .

　　　9) Total value of assets exempted: $13,156.00.

　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,558.00 |
| Less amount refunded to debtor | $179.91 |

**NET RECEIPTS:**                                                       **$7,378.09**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,581.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $335.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**       **$3,916.16**

Attorney fees paid and disclosed by debtor:     $1,669.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Express Bank, FSB | Unsecured | 4,000.00 | 0.00 | 2,910.59 | 83.53 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,000.00 | 0.00 | 1,744.59 | 50.07 | 0.00 |
| Arroyo Grande Community | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Arroyo Grande Community Hosp | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Arroyo Grande Community Hosp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Arroyo Grande Community Hospital | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 6,000.00 | 0.00 | 5,746.03 | 164.91 | 0.00 |
| AT&T Wireless | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CA Emergency Physicians | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank (USA), N.A. | Unsecured | 500.00 | 0.00 | 263.12 | 7.55 | 0.00 |
| Central Coast Pathology | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Central Coast Women's Health | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Coast Radiology Medical | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Community Health Cntrs of Ctl Coast | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Diagnostic Imaging Santa Maria | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Dioselina Le Blanc | Secured | NA | NA | NA | 0.00 | 0.00 |
| Dioselina Le Blanc | Unsecured | NA | 0.00 | 45,572.00 | 1,307.92 | 0.00 |
| HSBC | Unsecured | NA | 0.00 | 60,167.82 | 1,726.82 | 0.00 |
| HSBC | Secured | NA | NA | NA | 0.00 | 0.00 |
| InSolve Recovery, LLC by American InfoS | Unsecured | 800.00 | 0.00 | 653.17 | 18.75 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 3,000.00 | 0.00 | 2,597.97 | 74.56 | 0.00 |
| Michael Thompson, DDS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Unsecured | 500.00 | 0.00 | 307.46 | 8.82 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 200.00 | 0.00 | 187.89 | 5.39 | 0.00 |
| San Luis Obispo Co Dept of Social S | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Sears | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sesloc FCU | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Sesloc FCU | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| Sesloc FCU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SEVEN PEAKS MEDICAL GROUP INC | Unsecured | 200.00 | 0.00 | 135.00 | 3.87 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINT NEXTEL DISTRIBUTIONS | Unsecured | 300.00 | 0.00 | 228.06 | 6.55 | 0.00 |
| Stanislaus Credit Control Sevice Inc | Unsecured | NA | 0.00 | 111.07 | 3.19 | 0.00 |
| Viorela Bauer, DDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| West Dermatology and Surgery | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$120,624.77** | **$3,461.93** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,916.16 |
| Disbursements to Creditors | $3,461.93 |
| **TOTAL DISBURSEMENTS :** | **$7,378.09** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/02/2015                                By: /s/ Elizabeth F. Rojas
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**